# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. LEE,

    Petitioner,

vs.

CHIEF FASULO, et al.,

    Respondents.

Case No. 2:13-cv-01884-JAD-CWH

**O R D E R**

    Petitioner has submitted a petition for a writ of habeas corpus. She gives her address as the Clark County Detention Center. The court takes judicial notice of *Lee v. Wolfson*, 2:13-cv-01928-JCM-CWH. In that civil rights action pursuant to 42 U.S.C. § 1983, mail to petitioner has been returned with the notation that she is no longer in custody at the Clark County Detention Center. Petitioner has failed to comply with local rule LSR 2-2, which requires her to promptly inform the court of any changes in address.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of her current address. The clerk of the court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  November 5, 2013.

_____
Jennifer A. Dorsey
United States District Judge